**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  THOMAS ALVA         &                    Case Number: 04-76221
        394 RIDGE AVENUE         SSN-xxx-xx-9417
        CRYSTAL LAKE, IL  60014

                                              Case filed on:    12/17/2004
                                              Plan Confirmed on: 4/15/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $12,809.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 004 | CITIMORTGAGE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | THOMAS ALVA | 0.00 | 0.00 | 155.08 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 155.08 | 0.00 |
| 001 | CITIMORTGAGE INC | 7,780.32 | 7,780.32 | 7,780.32 | 0.00 |
| 002 | CITIMORTGAGE INC | 132,466.73 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 140,247.05 | 7,780.32 | 7,780.32 | 0.00 |
| 003 | SALLY ALVA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 1,816.39 | 1,816.39 | 1,816.39 | 0.00 |
|  | Total Unsecured | 1,816.39 | 1,816.39 | 1,816.39 | 0.00 |
|  | Grand Total: | 144,263.44 | 11,796.71 | 11,951.79 | 0.00 |

Total Paid Claimant:       $11,951.79
Trustee Allowance:         $857.21          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    100.00           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan